UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TERRY R. COCHRANE, | Case No. 3:13-cv-00077-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On June 24, 2013, respondents filed a motion to dismiss the petition. (Dkt. no. 8.) Petitioner has filed a motion for an extension of time in which to respond to the motion to dismiss. (Dkt. no. 14.) Petitioner seeks an enlargement of time, up to and including July 31, 2013, to file a response to the motion to dismiss. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

Petitioner has also filed a motion asking for a court order extending his copywork limit. (Dkt. no. 6.) To the extent that petitioner seeks photocopies in order to prepare, serve, and file a response to the pending motion to dismiss, the motion is granted.

IT IS THEREFORE ORDERED that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (dkt. no. 14) is GRANTED. Petitioner's response shall be filed on or before July 31, 2013.

IT IS FURTHER ORDERED that petitioner's motion for an order extending his copywork limit (dkt. no. 6) is GRANTED, to the extent that petitioner seeks photocopies in order to prepare, serve, and file a response to the pending motion to dismiss.

DATED THIS 12th day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE