# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRY R. COCHRANE,<br><br>         Petitioner,<br><br>   v.<br><br>RENEE BAKER, *et al.*,<br><br>         Respondents. | Case No. 3:13-cv-00077-MMD-WGC<br><br>ORDER |

In its March 25, 2016, the Court denied Plaintiff's motion "requesting permission to file a proper writ challenging the lack of subject matter jurisdiction in the above-titled matter." (ECF No. 47 at 2.) Petitioner had stated that: "It was not apparent that the 8th Judicial District Court and all other Courts, lacked subject matter jurisdiction." (*Id.*) Respondents opposed petitioner's motion. (ECF No. 38.) The Court found that, to the extent that petitioner is seeking to challenge the jurisdiction of the Eighth Judicial District Court over his previously-filed state petition, petitioner may not add such a claim to this action. (ECF No. 47 at 2.) In response, petitioner filed a "Writ Quo-Warranto and Supporting Memorandum, in Motion to Dismiss for Lack of Subject-Matter Jurisdiction." (ECF No. 49.) He again appears to challenge the jurisdiction of the Eighth Judicial District Court. The Court has found that petitioner cannot raise such a claim.

It is therefore ordered that Plaintiff's motion to dismiss (ECF No. 49) is denied.

DATED THIS 29th day of September 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE