UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TERRY R. COCHRANE, | Case No. 3:13-cv-00077-MMD-WGC |
| --- | --- |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Court mail has been returned from the last, non-institutional address given by petitioner, with a notation indicating that he moved and left no forwarding address. Petitioner has not filed an updated notice of change of address. As petitioner has failed to comply with LR IA 3-1, which requires that he immediately file written notification of any change of address, it therefore is ordered that this action will be dismissed without prejudice.

The Clerk of Court is directed to enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 4th day of November 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE