AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

TERRY R. COCHRANE,

    Petitioner,        JUDGMENT IN A CIVIL CASE

v.

                          CASE NUMBER:  **3:13-cv-00077-MMD-WGC**

RENEE BAKER, et al.,

    Respondent(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.


Novembet 4, 2016                                              **LANCE S. WILSON**
                                                                                     Clerk

                                                                                      /s/ K. Rusin
                                                                                   Deputy Clerk